(133 So. 922)

### Richard BOWDOIN v. STATE.
#### 4 Div. 777.

Court of Appeals of Alabama.
April 14, 1931.

BRICKEN, P. J.
Affirmed.

(131 So. 914)

### Clay BOYD v. STATE.
#### 6 Div. 956.

Court of Appeals of Alabama.
Dec. 16, 1930.

RICE, J.
Affirmed.

(132 So. 910)

### Huse BRAZELTON v. STATE.
#### 8 Div. 111.

Court of Appeals of Alabama.
March 3, 1931.

BRICKEN, P. J.
Affirmed.

(132 So. 910)

### Odie BRAZELTON v. STATE.
#### 8 Div. 96.

Court of Appeals of Alabama.
Jan. 27, 1931.

BRICKEN, P. J.
Affirmed.

(132 So. 910)

### Richard BRAZELTON v. STATE.
#### 8 Div. 208.

Court of Appeals of Alabama.
Feb. 10, 1931.

BRICKEN, P. J.
Affirmed.

(136 So. 925)

### BRENARD MFG. CO. v. D. G. TUCKER.
#### 7 Div. 821.

Court of Appeals of Alabama.
Oct. 6, 1931.

Victor Vance, of Gadsden, for appellant.
L. B. Rainey, of Gadsden, for appellee.

RICE, J.
Affirmed.

(134 So. 917)

### Harvie BREWER v. STATE.
#### 6 Div. 851.

Court of Appeals of Alabama.
May 12, 1931.

BRICKEN, P. J.
Affirmed.

(187 So. 917)

### Dewey BROADUS v. STATE.
#### 1 Div. 29.

Court of Appeals of Alabama.
Nov. 17, 1931.

RICE, J.
Affirmed.